*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

# Exhibit G

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

# U.S. Patent No. 8,478,903

# Sandpiper CDN

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| 28. A method, in a content delivery system operative in a computer network for delivering content to client machines, the computer network comprising a plurality of origin servers, each of said origin servers having resources associated therewith, and the content delivery system comprising at least one shared repeater server operable to replicate resources associated with the plurality of origin servers, the method comprising: | Google uses and provides content delivery network(s) ("Google CDN"), including Google's internal services and services Google offers to third parties that are used to provide content, such as webpages and/or video streams, over a network. Google CDN includes services such as Cloud CDN and Media CDN, for example, along with Google's own use of technologies to provide content in a network.<br><br>As one example of Google CDN, Cloud CDN is a content delivery system operative in a computer network including a plurality of origin servers, where the origin servers have resources associated therewith, such as resources associated with a Cloud CDN customer. Cloud CDN uses edge caches and replicates resources associated with origin servers in a system for delivering content to end users (for example end users of client machines).<br><br>Cloud CDN and Media CDN<br><br>**Leverage Google's decade of experience delivering content**<br><br>Google's content delivery networks—Cloud CDN and Media CDN—scale to bring content closer to a global audience.<br><br>https://cloud.google.com/cdn?hl=en<br><br>Cache hits and cache misses<br><br>A cache is a group of servers that stores and manages content so that future requests for that content can be served faster. The cached content is a copy of cacheable content that is stored on origin servers.<br><br>https://cloud.google.com/cdn/docs/overview<br><br>As another example of Google CDN, Media CDN is a content delivery system operative in a computer network including a plurality of origin servers, where the origin servers have resources associated therewith, such as resources associated with Media CDN customers. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| *8,478,903* | *Google CDN* |
|---|---|
| | Media CDN uses edge caches and replicates resources associated with origin servers to deliver content to end users.<br><br>Media CDN overview<br><br>Media CDN is Google Cloud's media delivery solution. Media CDN complements Cloud CDN, which is Google Cloud's web acceleration solution. Media CDN is optimized for high-throughput egress workloads, such as streaming video and large file downloads.<br><br>An edge cache is typically server infrastructure that stores content closer to end users, located within points of presence (PoPs) or partner ISPs. Media CDN uses Google's global edge-caching infrastructure to serve your content as close to your users as possible. By using Google's infrastructure to serve content, you can reduce load on your origin infrastructure.<br><br>Media CDN lets you easily fetch content from publicly accessible HTTP endpoints. You can use Media CDN with your existing origin infrastructure, whether the content is hosted within Cloud Storage, in another cloud, or within your on-premises infrastructure.<br><br>You can control how content is cached for each URI you serve in a *route*. Using a route lets you optimize behavior based on the type of content, client attributes, and your freshness requirements for each route you define with Media CDN.<br><br>For guidance on which CDN product to use, see Choose a CDN product. You can use both products if they both meet your needs.<br><br>https://cloud.google.com/media-cdn/docs/overview |
| associating the at least one repeater server with a first alias name, wherein requests for a first resource located on a first origin server are directed, based at least in part on said first alias name, to the at least one repeater server for delivery of the first resource from said at least one repeater server; | Google associates at least one repeater server with an alias name. For example, Google CDN includes "edge caches" associated with alias names. On information and belief, Google CDN directs requests for a first resource on an origin server based at least in part on the alias name. Google CDN uses Google's "edge-caching infrastructure" to serve content to end users, including content requested based on a name associated with a Google CDN customer. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
|  | **Media CDN overview**<br><br>Media CDN is Google Cloud's media delivery solution. Media CDN complements Cloud CDN, which is Google Cloud's web acceleration solution. Media CDN is optimized for high-throughput egress workloads, such as streaming video and large file downloads.<br><br>An edge cache is typically server infrastructure that stores content closer to end users, located within points of presence (PoPs) or partner ISPs. Media CDN uses Google's global edge-caching infrastructure to serve your content as close to your users as possible. By using Google's infrastructure to serve content, you can reduce load on your origin infrastructure.<br><br>Media CDN lets you easily fetch content from publicly accessible HTTP endpoints. You can use Media CDN with your existing origin infrastructure, whether the content is hosted within Cloud Storage, in another cloud, or within your on-premises infrastructure.<br><br>You can control how content is cached for each URI you serve in a *route*. Using a route lets you optimize behavior based on the type of content, client attributes, and your freshness requirements for each route you define with Media CDN.<br><br>For guidance on which CDN product to use, see Choose a CDN product. You can use both products if they both meet your needs.<br><br>https://cloud.google.com/media-cdn/docs/overview<br><br>Cloud CDN also uses repeater edge servers to cache and serve content from edge locations.<br><br>CDNs are especially beneficial for content driven web applications. Since CDNs reduce network latency, they offer a better user experience when using content-driven applications, especially those with large media files. CDNs provide scalable infrastructure and can distribute requests across various edge servers. Therefore, users can access the content from another server if one goes down. They usually offer security features such as DDoS protection, WAF services, and SSL termination as well.<br><br>Google Cloud CDN is designed to reduce the latency of web applications by caching and serving content from strategically located edge locations.<br><br>https://developers.google.com/solutions/content-driven/hosting/cdn |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| | <br>https://cloud.google.com/cdn |
| associating the at least one repeater server with a second alias name, wherein requests for a second resource located on a second origin server are directed, based at least in part on said second alias name, to the at least one repeater server for delivery of the second resource from said at least one repeater server, wherein the second origin server is distinct from the first origin server; | Google associates the repeater server with a second alias name, where requests for a second resource on a second origin server are directed based on the second alias name, where the first and second origin servers are distinct.<br><br>For example, Media CDN has distinct origin servers associated with various, multiple customers as distinct HTTP endpoints, such as servers hosted by Cloud Storage.<br><br>Media CDN lets you easily fetch content from publicly accessible HTTP endpoints. You can use Media CDN with your existing origin infrastructure, whether the content is hosted within Cloud Storage, in another cloud, or within your on-premises infrastructure.<br><br>https://cloud.google.com/media-cdn/docs/overview#certificate-support<br><br>As another example, Cloud CDN responds to user requests for content from various, multiple Cloud CDN customers, using cached content that is a copy of content stored on origin servers. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| | **How Cloud CDN works**<br><br>When a user requests content from an external Application Load Balancer, the request arrives at a GFE that is at the edge of Google's network as close as possible to the user.<br><br>If the load balancer's URL map routes traffic to a backend service or backend bucket that has Cloud CDN configured, the GFE uses Cloud CDN.<br><br>**Cache hits and cache misses**<br><br>A cache is a group of servers that stores and manages content so that future requests for that content can be served faster. The cached content is a copy of cacheable content that is stored on origin servers.<br><br>If the GFE looks in the Cloud CDN cache and finds a cached response to the user's request, the GFE sends the cached response to the user. This is called a *cache hit*. When a cache hit occurs, the GFE looks up the content by its cache key and responds directly to the user, shortening the round-trip time and saving the origin server from having to process the request.<br><br>https://cloud.google.com/cdn/docs/overview<br><br>The following example shows a simple scenario that might apply if you are just getting started with Cloud CDN. Suppose you have the following Cloud CDN usage pattern in a given month.<br><br>\| Pricing category \| Type of usage \| Amount \|<br>\|---\|---\|---\|<br>\| Cache data transfer out \| Cache data transfer out in North America \| 500 GiB \|<br>\| Cache fill \| Data transfer to Cloud CDN caches \| 25 GiB \|<br>\| Cache lookup requests \| GET and HEAD HTTP methods \| 5,000,000 operations \|<br><br>https://cloud.google.com/cdn/pricing#pricing-notes |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| providing a table listing origin servers having content located thereon, wherein said content is authorized for delivery to client machines via the at least one shared repeater server, and wherein the origin servers comprise the first origin server and the second origin server; and | Google provides logical tables of origin servers with content. For example, Media CDN lists the HTTP endpoints and provides routing to origins.<br><br>• Cache fill between the origin and Google's own edge infrastructure is entirely over Google's global private backbone network, which reduces cache fill latency and improves reliability—both are active benefits for live streaming workloads.<br><br>• Caches cross-fill from each other where advantageous to do so, further driving down cache fill rates.<br><br>https://cloud.google.com/media-cdn/docs/origins#origin-requirements<br><br>**Advanced routing features**<br><br>Media CDN provides advanced HTTP routing capabilities that let you map traffic to specific edge configurations and origins at a fine-grained level.<br><br>For more information, see Advanced routing.<br><br>https://cloud.google.com/media-cdn/docs/overview#certificate-support<br><br>As another example, Cloud CDN looks up content to respond to an end user. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| *8,478,903* | *Google CDN* |
|---|---|
| | **How Cloud CDN works**<br><br>When a user requests content from an external Application Load Balancer, the request arrives at a GFE that is at the edge of Google's network as close as possible to the user.<br><br>If the load balancer's URL map routes traffic to a backend service or backend bucket that has Cloud CDN configured, the GFE uses Cloud CDN.<br><br>**Cache hits and cache misses**<br><br>A cache is a group of servers that stores and manages content so that future requests for that content can be served faster. The cached content is a copy of cacheable content that is stored on origin servers.<br><br>If the GFE looks in the Cloud CDN cache and finds a cached response to the user's request, the GFE sends the cached response to the user. This is called a *cache hit*. When a cache hit occurs, the GFE looks up the content by its cache key and responds directly to the user, shortening the round-trip time and saving the origin server from having to process the request.<br><br>https://cloud.google.com/cdn/docs/overview |
| wherein the at least one repeater server is further constructed and adapted to analyze, using the table, an alias name received with a client request for a particular resource to determine an origin server associated with the particular resource. | As stated above, Google performs advanced routing to origins based on its list of endpoints.<br><br>**Advanced routing features**<br><br>Media CDN provides advanced HTTP routing capabilities that let you map traffic to specific edge configurations and origins at a fine-grained level.<br><br>For more information, see Advanced routing.<br><br>https://cloud.google.com/media-cdn/docs/overview#certificate-support |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| *8,478,903* | *Google CDN* |
|---|---|
|  | As another example, Cloud CDN uses an alias name associated with a request for a resource to determine an origin server associated with the resource. Google explains Cloud CDN uses Google's global edge network to serve content from Google's CDN customers' "websites and applications," for example.<br><br>Cloud CDN (Content Delivery Network) uses Google's global edge network to serve content closer to users, which accelerates your websites and applications.<br><br>https://cloud.google.com/cdn/docs/overview |
| 32. The method as recited in claim 28, wherein the resources comprise an HTTP-based resource. | Google provides resources that are HTTP-based resources. For example, as shown below, Media CDN provides HTTP-based resources.<br><br>Network protocol support<br><br>Media CDN supports HTTP/3, HTTP/2, and HTTP/1.1 connections from clients. Media CDN supports both ALPN (Application Layer Protocol Negotiation) as well as the `Alt-Svc` (alternative service) HTTP response header for advertising protocol support.<br><br>https://cloud.google.com/media-cdn/docs/client-connectivity |
| 37. A method, in a content delivery system operative in a computer network for delivering content to client machines and comprising at least one shared repeater server operable to replicate resources stored on a plurality of origin servers, the method comprising: | Google uses and provides content delivery network(s), including Google's internal services and services Google offers to third parties that are used to provide content, such as webpages and/or video streams, over a network. Google CDN includes services such as Cloud CDN and Media CDN, for example, along with Google's own use of technologies to provide content in a network.<br><br>As one example of Google CDN, Cloud CDN is a content delivery system operative in a computer network including a plurality of origin servers, where the origin servers have resources associated therewith, such as resources associated with a Cloud CDN customer. Cloud CDN uses edge caches and replicates resources associated with origin servers in a system for delivering content to end users (for example end users of client machines). |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| | **Cloud CDN and Media CDN**<br>**Leverage Google's decade of experience delivering content**<br>Google's content delivery networks—Cloud CDN and Media CDN—scale to bring content closer to a global audience.<br><br>https://cloud.google.com/cdn?hl=en<br><br>**Cache hits and cache misses**<br>A cache is a group of servers that stores and manages content so that future requests for that content can be served faster. The cached content is a copy of cacheable content that is stored on origin servers.<br><br>https://cloud.google.com/cdn/docs/overview<br><br>As another example of Google CDN, Media CDN is a content delivery system operative in a computer network including a plurality of origin servers, where the origin servers have resources associated therewith, such as resources associated with Media CDN customers. Media CDN uses edge caches and replicates resources associated with origin servers to deliver content to end users. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| | **Media CDN overview**<br><br>Media CDN is Google Cloud's media delivery solution. Media CDN complements Cloud CDN, which is Google Cloud's web acceleration solution. Media CDN is optimized for high-throughput egress workloads, such as streaming video and large file downloads.<br><br>An edge cache is typically server infrastructure that stores content closer to end users, located within points of presence (PoPs) or partner ISPs. Media CDN uses Google's global edge-caching infrastructure to serve your content as close to your users as possible. By using Google's infrastructure to serve content, you can reduce load on your origin infrastructure.<br><br>Media CDN lets you easily fetch content from publicly accessible HTTP endpoints. You can use Media CDN with your existing origin infrastructure, whether the content is hosted within Cloud Storage, in another cloud, or within your on-premises infrastructure.<br><br>You can control how content is cached for each URI you serve in a *route*. Using a route lets you optimize behavior based on the type of content, client attributes, and your freshness requirements for each route you define with Media CDN.<br><br>For guidance on which CDN product to use, see Choose a CDN product. You can use both products if they both meet your needs.<br><br>https://cloud.google.com/media-cdn/docs/overview |
| associating a plurality of alias names with the at least one shared repeater server, each of said plurality of alias names being associated with an origin server, wherein a first alias name of said plurality of alias names is associated with a first origin server, and at least a second alias name of said plurality of alias names is associated with a second origin server distinct from said first origin server, | Google associates alias names with a repeater server. For example, Google CDN includes "edge caches" associated with alias names. On information and belief, Google CDN includes alias names associated with distinct origin servers. Google CDN uses Google's "edge-caching infrastructure" to serve content to end users, including content requested based on a name associated with a Google CDN customer, where each CDN customer has a distinct origin server associated with its alias name, for example. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| | **Media CDN overview**<br><br>Media CDN is Google Cloud's media delivery solution. Media CDN complements Cloud CDN, which is Google Cloud's web acceleration solution. Media CDN is optimized for high-throughput egress workloads, such as streaming video and large file downloads.<br><br>An edge cache is typically server infrastructure that stores content closer to end users, located within points of presence (PoPs) or partner ISPs. Media CDN uses Google's global edge-caching infrastructure to serve your content as close to your users as possible. By using Google's infrastructure to serve content, you can reduce load on your origin infrastructure.<br><br>Media CDN lets you easily fetch content from publicly accessible HTTP endpoints. You can use Media CDN with your existing origin infrastructure, whether the content is hosted within Cloud Storage, in another cloud, or within your on-premises infrastructure.<br><br>You can control how content is cached for each URI you serve in a *route*. Using a route lets you optimize behavior based on the type of content, client attributes, and your freshness requirements for each route you define with Media CDN.<br><br>For guidance on which CDN product to use, see Choose a CDN product. You can use both products if they both meet your needs.<br><br>https://cloud.google.com/media-cdn/docs/overview<br><br>Cloud CDN also uses repeater edge servers to cache and serve content from edge locations.<br><br>CDNs are especially beneficial for content driven web applications. Since CDNs reduce network latency, they offer a better user experience when using content-driven applications, especially those with large media files. CDNs provide scalable infrastructure and can distribute requests across various edge servers. Therefore, users can access the content from another server if one goes down. They usually offer security features such as DDoS protection, WAF services, and SSL termination as well.<br><br>Google Cloud CDN is designed to reduce the latency of web applications by caching and serving content from strategically located edge locations.<br><br>https://developers.google.com/solutions/content-driven/hosting/cdn |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| |  https://cloud.google.com/cdn |
| providing at least one table associating alias names with origin servers having content located thereon, wherein said content is authorized for delivery to client machines via the at least one shared repeater server, wherein the origin servers comprise the first origin server and the second origin server; | Google provides logical tables of origin servers with content. For example, Media CDN lists the HTTP endpoints and provides routing to origins.<br><br>• Cache fill between the origin and Google's own edge infrastructure is entirely over Google's global private backbone network, which reduces cache fill latency and improves reliability—both are active benefits for live streaming workloads.<br><br>• Caches cross-fill from each other where advantageous to do so, further driving down cache fill rates.<br><br>https://cloud.google.com/media-cdn/docs/origins#origin-requirements |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| | **Advanced routing features** |
| | Media CDN provides advanced HTTP routing capabilities that let you map traffic to specific edge configurations and origins at a fine-grained level. |
| | For more information, see Advanced routing. |
| | https://cloud.google.com/media-cdn/docs/overview#certificate-support |
| | As another example, Cloud CDN looks up content to respond to an end user. |
| | **How Cloud CDN works** |
| | When a user requests content from an external Application Load Balancer, the request arrives at a GFE that is at the edge of Google's network as close as possible to the user. |
| | If the load balancer's URL map routes traffic to a backend service or backend bucket that has Cloud CDN configured, the GFE uses Cloud CDN. |
| | **Cache hits and cache misses** |
| | A cache is a group of servers that stores and manages content so that future requests for that content can be served faster. The cached content is a copy of cacheable content that is stored on origin servers. |
| | If the GFE looks in the Cloud CDN cache and finds a cached response to the user's request, the GFE sends the cached response to the user. This is called a *cache hit*. When a cache hit occurs, the GFE looks up the content by its cache key and responds directly to the user, shortening the round-trip time and saving the origin server from having to process the request. |
| | https://cloud.google.com/cdn/docs/overview |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| wherein requests for a first resource originating on the first origin server are directed, based at least in part on said first alias name, to the at least one shared repeater server for delivery of the first resource from said at least one repeater server; and | Google includes requests for a resource originating on an origin server to a repeater server for delivery of the resource. As stated above, Media CDN performs advanced routing to origins based on its list of endpoints.<br><br>**Advanced routing features**<br><br>Media CDN provides advanced HTTP routing capabilities that let you map traffic to specific edge configurations and origins at a fine-grained level.<br><br>For more information, see Advanced routing.<br><br>https://cloud.google.com/media-cdn/docs/overview#certificate-support<br><br>As another example, Cloud CDN uses an alias name associated with a request for a resource to determine an origin server associated with the resource. Google explains Cloud CDN uses Google's global edge network to serve content from Google's CDN customers' "websites and applications," for example.<br><br>Cloud CDN (Content Delivery Network) uses Google's global edge network to serve content closer to users, which accelerates your websites and applications.<br><br>https://cloud.google.com/cdn/docs/overview |
| wherein requests for a second resource originating on the second origin server are directed, based at least in part on said second alias name, to the at least one shared repeater server for delivery of the second resource from said at least one repeater server; and | Google includes requests for a second resource originating on another origin server directed to the repeater server for delivery of the second resource, when an end user requests content from a second Google CDN customer that is cached on Google's edge infrastructure, as discussed above. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,478,903 | Google CDN |
|---|---|
| wherein the at least one repeater server uses the at least one table and an alias name received with a client request for a resource to determine an origin server associated with the requested resource. | On information and belief, Google includes a repeater server using the table and alias name received with a request to determine an origin server. For example, Google's CDN includes servers in the edge infrastructure that cache content for multiple Google CDN customers and which use a table to determine an origin server for a CDN customer. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*