*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

# Exhibit I

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

# U.S. Patent No. 8,645,517

# Sandpiper CDN

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,645,517 | *Google CDN* |
|---|---|
| 1. A method, operable in a framework in which an adaptive traffic control name server network implements policy-based traffic direction, the name server network comprising at least one domain name server comprising hardware in combination with software and constructed and adapted to provide adaptive policy-based domain name service, the method comprising: | Google uses and provides content delivery network(s) ("Google CDN"), including Google's internal services and services Google offers to third parties that are used to provide content, such as webpages and/or video streams, over a network. Google CDN includes services such as Google Cloud DNS, for example, along with Google's own use of technologies to provide content in a network.<br><br>As one example, Google Cloud/Cloud DNS provides a method in which a name server network implements policy-based traffic direction, including a domain name server constructed to provide adaptive policy-based domain name service.<br><br>**Cloud DNS overview**<br><br>This page provides an overview of Cloud DNS features and capabilities. Cloud DNS is a high-performance, resilient, global Domain Name System (DNS) service that publishes your domain names to the global DNS in a cost-effective way.<br><br>DNS routing policies let you steer your traffic based on specific criteria. Cloud DNS also supports health checking and automatic failovers embedded into each routing policy. Health checking is available for internal passthrough Network Load Balancers and internal Application Load Balancers that have global access enabled, and cross-region internal Application Load Balancers.<br><br>Health checking is available by default if the targets are internal passthrough Network Load Balancers. This enables automatic failover when the endpoints fail their health checks. In the case of a failover, the traffic split is automatically adjusted among the remaining healthy endpoints. For more details, see Health checks.<br><br>https://cloud.google.com/dns/docs/policies-overview |
| A) providing a graphical user interface (GUI); | Google provides a graphical user interface (GUI), for example as shown below as part of the interface labeled "Create a response policy rule." |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,645,517 | Google CDN |
|---|---|
|  | https://www.youtube.com/watch?v=Z-5PcJ_y4Qg at 14:23. |
| (B) using said GUI to obtain at least one policy for direction of network traffic, wherein the GUI supports the setting of said at least one policy using a decision tree representing rules; and | Google uses a GUI to obtain at least one policy for direction of network traffic, including supporting the setting of a policy using a decision tree representing rules.<br><br>For example, Google Cloud uses a GUI to obtain policies for directing traffic to certain DNS names, as shown above, and the hierarchy of drop-down menus used by Google support setting of a policy using a tree representing rules. As shown below, in the GUI for "Creat[ing] a response policy rule," the exemplary "first rule" for a DNS name can be selected to have an "Action" of "Local Data," which can include multiple "items" such as sets of IP addresses (e.g., for IPv4, IPv6, etc.). |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,645,517 | Google CDN |
|---|---|
|  | For example, the Cloud DNS GUI uses a drop down menu representing decision-tree rules.<br><br>https://cloud.google.com/dns/docs/policies-overview |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,645,517 | *Google CDN* |
|---|---|
| |  https://www.youtube.com/watch?v=Z-5PcJ_y4Qg at 14:23. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,645,517 | Google CDN |
|---|---|
|  | <br>https://www.youtube.com/watch?v=Z-5PcJ_y4Qg at 14:40. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,645,517 | Google CDN |
|---|---|
|  | [Screenshot of Google Cloud Network services showing Response policy details for "my-first-response-policy" with Response Policy Rules including all-rule, bypass, and first-rule entries] <br><br> https://www.youtube.com/watch?v=Z-5PcJ_y4Qg at 19:19. |
| (C) providing said at least one policy to the name server network, wherein the decision tree comprises one or more resource nodes, and one or more branch nodes, wherein the one or more resource nodes specify one or more answers to be provided in response to a Domain Name Service (DNS) request, and wherein the one or more branch nodes specify one or more decision criteria to be applied, and wherein the GUI supports the specification of: | Google allows for policies that provide answers (for example, resource nodes) based on criteria (for example, branch nodes) to DNS queries. For example, an interface supports the specification of at least one answer to a resource node and selected from at least types of IP addresses (or, alternatively, world zones), for example, and where the answers to the queries are IP addresses. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,645,517 | Google CDN |
|---|---|
| | 2. If you selected **Geolocation**, do the following:<br>  a. For **Geo fencing**, select **Disabled** or **Enabled**. Enabling geo fencing restricts the traffic to a specific geolocation even if all the endpoints in that geolocation are unhealthy.<br>  b. In the **Source region** menu, select a valid Google Cloud source region, such as `asia-east1`.<br>  c. In the **Add health checked target** section, do the following:<br>    i. In the **Project** list, select the project where the forwarding rule exists.<br>    ii. In the **Type** list, select **internal passthrough Network Load Balancer**, **internal Application Load Balancer**, or **cross-region internal Application Load Balancer**.<br>    iii. In the **Forwarding rule** list, select a forwarding rule.<br>    The forwarding rule specifies an internal IP address, port, and a regional backend service or an HTTP(S) proxy. For Cloud DNS to work with health checks, you must enable global access for the internal load balancer.<br>  d. To allow IPv4 addresses without health checking, select **Allow IPv4 addresses without health checking**.<br>  e. In the **IPv4 Address** field, enter an IPv4 address<br><br>https://cloud.google.com/dns/docs/zones/manage-routing-policies |
| (i) one or more answers for the one or more resource nodes, and<br><br>ii) one or more decision criteria for the one or more branch nodes, wherein the one or more criteria are selected from criteria related to: world zones, countries, states, time zones, and blocks of Internet Protocol (IP) addresses,<br><br>and wherein the one or more resource nodes are selected from: IP addresses, canonical name | As one example, the following are supported by the Cloud DNS GUI:<br>Decision criteria: DNS name, which can comprise a block of IP addresses because at least some DNS record types supports multiple IP addresses (see screenshot below);<br>Resource nodes: IP addresses – e.g., IPv4, IPv6 Addresses under "New resource record set" below including option to "+ ADD ITEM"; and<br>Answers: specific IP addresses such as 192.168.5.6 below. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,645,517 | Google CDN |
|---|---|
| (CNAME) records, mail exchange (MX) records, name server (NS) records, and load sharing server sets; and wherein the answers are selected from: IP addresses and CNAMEs. |  https://www.youtube.com/watch?v=Z-5PcJ_y4Qg at 14:40.<br><br>Additionally, Cloud DNS allows geolocation routing policies or geofenced routing policies. A geolocation routing policy allows a user to map traffic based on a query source location (e.g., a branch node). The user selects the IP address for forwarding the request when the source is, for example, asia-east1. The answer is a resource node (and an IP address). |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 8,645,517 | Google CDN |
|---|---|
| | Use Cloud Domains to register and manage domains in Google Cloud and automatically set up DNS zones for your domains.<br><br>https://cloud.google.com/dns?hl=en#section-3; https://docs.infoblox.com/space/vniosgcp/35419584/Creating+a+Cloud+DNS+Policy; https://cloud.google.com/dns/docs/policies-overview<br><br>Set access control policy for a specific resource<br>To set the access control IAM policy on a specific managed zone, follow these steps.<br>Console / gcloud / API<br>1. In the Google Cloud console, go to the **Cloud DNS zones** page.<br>   Go to Cloud DNS zones<br>2. Select one or more zones for which you want to add access control permissions.<br>3. On the **Permissions to resources** page, click **Add principal**.<br>4. On the **Grant access to resource** page, under **New principals**, add the email address of the user, group, domain, or service account that you want to add as the new principal.<br>5. From the **Assign roles** list, select the role that you want to assign to the principal.<br>6. To assign additional roles, click **Add another role**.<br>7. Click **Save**.<br><br>https://cloud.google.com/dns/docs/zones/iam-per-resource-zones |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*