*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

# Exhibit K

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

# U.S. Patent No. 9,021,112

# Sandpiper CDN

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 9,021,112 | **Google CDN** |
|---|---|
| 1. A method of content delivery in a network, the method comprising: | Google uses and provides content delivery network(s) ("Google CDN"), including Google's internal services and services Google offers to third parties that are used to provide content, such as webpages and/or video streams, over a network. Google CDN includes services such as Cloud DNS, for example, along with Google's own use of technologies to provide content in a network.<br><br>For example, Cloud DNS provides a plurality of Domain Name System (DNS) servers. For example, Google provides "anycast name servers" for "DNS serving" as part of its Cloud DNS service.<br><br>Google Cloud DNS is a scalable, reliable and managed authoritative Domain Name System (DNS) service running on the same infrastructure as Google. It has low latency, high availability and is a cost-effective way to make your applications and services available to your users.<br><br>https://console.cloud.google.com/marketplace/product/google-cloud-platform/cloud-dns<br><br>Use Google's infrastructure for production quality and high-volume authoritative DNS serving. Your users will have reliable, low-latency access from anywhere in the world using our anycast name servers.<br><br>Cloud DNS can scale to large numbers of DNS zones and records. You can reliably create and update millions of DNS records. Our name servers automatically scale to handle query volume.<br><br>https://cloud.google.com/dns?hl=en |
| (A) providing a plurality of Domain Name System (DNS) servers associated with a Content Delivery Network (CDN), said plurality of CDN DNS | Google provides DNS servers that share a common anycast address. For example, the "redundant locations" described by Google show multiple servers share a common anycast address in Google Cloud DNS. Cloud DNS servers include servers associated with content servers. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 9,021,112 | Google CDN |
|---|---|
| servers sharing a common anycast address, wherein each CDN DNS server is associated with a respective plurality of content servers; | Fast anycast name servers<br><br>Cloud DNS uses our global network of anycast name servers to serve your DNS zones from redundant locations around the world, providing high availability and lower latency for your users.<br><br>https://cloud.google.com/dns?hl=en |
| (B) causing said plurality of CDN DNS servers to be authoritative for a hostname associated with a content provider by causing said common anycast address to be associated with said hostname; | Google causes CDN DNS servers to be authoritative for a hostname, for example by causing an anycast address to be associated with a hostname.<br><br>Google Cloud DNS is a scalable, reliable and managed authoritative Domain Name System (DNS) service running on the same infrastructure as Google. It has low latency, high availability and is a cost-effective way to make your applications and services available to your users.<br><br>https://console.cloud.google.com/marketplace/product/google-cloud-platform/cloud-dns |
| (C) responsive to a request for content associated with the content provider and issued by a client, said request including at least said hostname, | Google's Cloud DNS servers, and the respective plurality of content servers, are configured to support content delivery (e.g., "applications and services" for "users") for content providers. For example, the list below shows a plurality of content providers. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 9,021,112 | Google CDN |
|---|---|
| | **List of Top 20 Companies That Use Google Cloud Platform**<br><br>The **Google Cloud market share** contributes to 9% of the global cloud market. The platform has seen a revenue growth up to 45% in the last few years and places third in size of market share. Furthermore, the public cloud platform is also used by a wide variety of popular companies around the world. Some **companies that use Google Cloud** are as follows:<br><br>| Company Name | Website URL | Country | Revenue | Employee Size |
|---|---|---|---|---|
| Verizon | verizon.com | United States | $ 34.07 Billion | 118,400 |
| Twitch Interactive | twitch.tv | United States | $ 2.6 Billion | 700 |
| CenturyLink | centurylink.com | United States | $ 6.3 Billion | 39,000 |
| LinkedIn Corp | linkedin.com | United States | $ 10 Billion | 18,000 |
| NewsCorp | newscorp.com | Australia | $ 10.39 Billion | 24,000 |
| SAP | sap.com | Germany | $ 33.20 Billion | 107,415 |<br><br>https://www.thomsondata.com/customer-base/companies-that-use-google-cloud.php |
| (c1) causing said hostname to be resolved to said common anycast address by an Internet Service Provider (ISP) DNS server; and then | Google resolves a first hostname to identify an IP address of a content server, in response to a request for content associated with a content provider (where the request includes the hostname). For example, Google Cloud DNS allows requests that include a hostname (e.g., "example.com").<br><br>To verify that your configuration is working, *after* the name servers are updated, navigate to your domain name (for example, `example.com`). The domain should resolve to your IP address and should point to the Compute Engine VM displaying the *Hello World!* page that you created in Run a basic Apache web server. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 9,021,112 | Google CDN |
|---|---|
|  | **Set up your domain using Cloud DNS**<br><br>If you are migrating from an existing provider, you can import your existing zones to Cloud DNS. For instructions, see Export your DNS configuration from your existing provider. Otherwise, follow these steps to create a new public zone.<br><br>1. In the Google Cloud console, go to the **Create a DNS zone** page.<br><br>   [Go to Create a DNS zone]<br><br>2. For the **Zone type**, select **Public**.<br><br>3. For the **Zone name**, enter `my-new-zone`.<br><br>4. For the **DNS name**, enter a DNS name suffix for the zone by using a domain name that you registered (for example, `example.com`).<br><br>5. For **DNSSEC**, ensure that the `Off` setting is selected.<br><br>6. Click **Create** to create a zone populated with the NS and SOA records.<br><br>7. To point your registered domain name to the IP address of the hosting server, you must add an A record to your zone:<br><br>https://cloud.google.com/dns/docs/tutorials/create-domain-tutorial |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 9,021,112 | Google CDN |
|---|---|
| | **Change your domain registrar's name servers for your domain**<br><br>Now that you have the list of Cloud DNS name servers hosting your managed zone, use your domain registrar to update the name servers for your domain. Your domain registrar might be Google Domains, Cloud Domains, or a third-party registrar.<br><br>★ Note: Instructions vary based on your registrar.<br><br>Typically, you must provide at least two Cloud DNS name servers to the domain registrar. To benefit from Cloud DNS's high availability, you must use all the name servers.<br><br>After changing your domain registrar's name servers, it can take a while for resolver traffic to be directed to your new Cloud DNS name servers. Resolvers could continue to use your old name servers until the TTL on the old NS records expire.<br><br>https://cloud.google.com/dns/docs/update-name-servers?sjid=13749068997963802575-NC<br><br>To process a request, Cloud DNS first tries a DNS query by contacting the forwarding target with the highest ranking. If that server does not respond, Cloud DNS repeats the request to the next highest ranked forwarding target. If no forwarding targets reply, Cloud DNS synthesizes a SERVFAIL response.<br><br>https://cloud.google.com/dns/docs/zones/zones-overview |
| (c2) by one of said plurality of CDN DNS servers, resolving said hostname to identify an IP address for use by the | Google resolves hostnames to identify IP addresses for use by the client. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 9,021,112 | Google CDN |
|---|---|
| client to retrieve the content from a content server. | Google Cloud DNS is a scalable, reliable and managed authoritative Domain Name System (DNS) service running on the same infrastructure as Google. It has low latency, high availability and is a cost-effective way to make your applications and services available to your users.<br><br>https://console.cloud.google.com/marketplace/product/google-cloud-platform/cloud-dns<br><br>**What is Cloud CDN?**<br><br>Cloud CDN is a content delivery network that accelerates your web and video content delivery by using Google's global edge network to bring content as close to your users as possible. As a result latency, cost, and load on your backend servers is reduced, making it easier to scale to millions of users. Global anycast IP provides a single IP for global reach. It enables Google Cloud to route users to the nearest edge cache automatically and avoid DNS propagation delays that can impact availability. It supports HTTP/2 end-to-end and the QUIC protocol from client to cache. QUIC is a multiplexed stream transport over UDP, which reduces latency and makes it ideal for lossy mobile networks.<br><br>https://cloud.google.com/blog/topics/developers-practitioners/what-cloud-cdn-and-how-does-it-work |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*