*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

# Exhibit L

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

# U.S. Patent No. 10,924,573

# Sandpiper CDN

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 10,924,573 | *Google CDN* |
|---|---|
| 19. A method of content delivery in a content delivery network comprising: receiving, at a first server of a first tier of servers of the content delivery network, a request from a requesting device for a resource available from the content delivery network; | Google uses and provides content delivery network(s) ("Google CDN"), including Google's internal services and services Google offers to third parties that are used to provide content, such as webpages and/or video streams, over a network. Google CDN includes services such as Google Cloud CDN and Google Media CDN, for example, along with Google's own use of technologies to provide content in a network.<br><br>As one example, Google provides a method of content delivery that includes receiving a request from a device for a resource available from a content delivery network at a server in a first tier of the network. For example, a server in the Media CDN "edge" (e.g., "EdgeCacheService"), as discussed below, includes a server in a first tier that receives client HTTP requests.<br><br>You can control how content is cached for each URI you serve in a *route*. Using a route lets you optimize behavior based on the type of content, client attributes, and your freshness requirements for each route you define with Media CDN.<br><br>The router and cache component are configured with the IP addresses and protocols that they use, security and cache policies, and a routing configuration. The configuration is contained in an `EdgeCacheService` resource. The router uses the `HeaderAction`, described in `EdgeCacheService`, to determine how the router modifies requests (including header manipulation and path rewrites).<br><br>Media CDN terminates user HTTP requests at a reverse proxy. The reverse proxy matches the HTTP requests to a `Routing configuration`. The routing configuration defines how HTTP requests are routed, modified, cached, and filled. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 10,924,573 | Google CDN |
|---|---|
| | <br>https://cloud.google.com/media-cdn/docs/overview<br><br>The Google CDN includes a multi-tiered network with a "long tail" cache at the top of the hierarchy. The Google CDN includes long-tail caches with "substantial storage capacity," indicating that a mid-tier and/or edge nodes in the Google CDN have less storage capacity. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 10,924,573 | *Google CDN* |
|---|---|
|  |  |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| *10,924,573* | *Google CDN* |
|---|---|
| | All layers of caching support request collapsing (or *coalescing*) to further reduce origin load. Based on observed, real-world workloads at scale:<br><br>• > 95% of cache fill uses a dedicated long-tail cache node within the region, in order to reduce cache fill costs and latency.<br><br>• Cache fill between the origin and Google's own edge infrastructure is entirely over Google's global private backbone network, which reduces cache fill latency and improves reliability—both are active benefits for live streaming workloads.<br><br>• Caches cross-fill from each other where advantageous to do so, further driving down cache fill rates.<br><br>• Media CDN has significant storage capacity across caches, which minimizes the eviction rates even for long-tail, less popular content.<br><br>Customers might see different offload rates depending on their cache configuration, user load, workloads (such as live versus on-demand), user distribution, and how much long-tail content (total corpus size) they serve to users across regions.<br><br>https://cloud.google.com/media-cdn/docs/origins#origin-shielding |
| accessing a popularity service associated with the first server of the first tier of the content delivery network to determine a popularity designation associated with the requested resource; | Google accesses a popularity service to determine a popularity designation associated with a requested resource. For example, Google Media CDN caches "the most popular content" closer to users, while eventually evicting "unpopular content." Google CDN analyzes the "relative" popularity of content.<br><br>As one specific example, on information and belief, the Google CDN includes caches that "cross-fill from each other where advantageous to do so," indicating a popularity is determined. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| *10,924,573* | *Google CDN* |
|---|---|
| | All layers of caching support request collapsing (or *coalescing*) to further reduce origin load. Based on observed, real-world workloads at scale:<br><br>• > 95% of cache fill uses a dedicated long-tail cache node within the region, in order to reduce cache fill costs and latency.<br>• Cache fill between the origin and Google's own edge infrastructure is entirely over Google's global private backbone network, which reduces cache fill latency and improves reliability—both are active benefits for live streaming workloads.<br>• Caches cross-fill from each other where advantageous to do so, further driving down cache fill rates.<br>• Media CDN has significant storage capacity across caches, which minimizes the eviction rates even for long-tail, less popular content.<br><br>Customers might see different offload rates depending on their cache configuration, user load, workloads (such as live versus on-demand), user distribution, and how much long-tail content (total corpus size) they serve to users across regions.<br><br>https://cloud.google.com/media-cdn/docs/origins#origin-shielding<br><br>**Revalidation, eviction, and expiry**<br><br>Content delivery networks, including Media CDN, operate by caching the most popular content as close to users as possible.<br><br>Media CDN's extensive storage, as well as origin shielding, limits the need to evict even unpopular content. Content that is accessed a small number of times per day might eventually be evicted. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 10,924,573 | Google CDN |
|---|---|
| | https://cloud.google.com/media-cdn/docs/caching <br><br> > the nature of caches, it is impossible to predict whether a particular request is served out of a cache. You can, however, expect that popular requests for cacheable content are served from a cache most of the time, yielding significantly reduced latencies, reduced cost, and reduced load on your origin servers. <br><br> > *Unpopular content* means content that hasn't been accessed in a while. *A while* and *unpopular* are both relative to the bulk of other items in the cache. Multiple Google Cloud projects share a common pool of cache space because the projects are served from the same set of GFEs. The relative popularity of content is compared across multiple projects, not only within a single project. <br><br> https://cloud.google.com/cdn/docs/overview <br><br> > Time to live (TTL) overrides let you set default TTL values for cached content and override TTL values set in the `max-age` and `s-maxage` cache control directives (or `Expires` headers) set by your origins. <br><br> > TTLs, whether set by overrides or by using a cache directive, are optimistic. Content that is rarely accessed or unpopular might be evicted from the cache prior to the TTL being reached. <br><br> https://cloud.google.com/media-cdn/docs/caching#cache-modes |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| *10,924,573* | *Google CDN* |
|---|---|
|  | Content delivery networks, including Media CDN, operate by caching the most popular content as close to users as possible.<br><br>Media CDN's extensive storage, as well as origin shielding, limits the need to evict even unpopular content. Content that is accessed a small number of times per day might eventually be evicted.<br><br>• Cached responses that reach their configured TTL might not be immediately evicted. For popular content, Media CDN revalidates that the cached response is the latest version by issuing a `HEAD` request to the origin to confirm that the headers have not changed. Under some circumstances, Media CDN instead sends a request to the origin with an `If-None-Match` and/or `If-Modified-Since` request header. In this case, correctly configured origins should return an HTTP 304 (Not Modified) response, without the body bytes, if the cache has the "latest" copy of that response.<br><br>https://cloud.google.com/media-cdn/docs/caching#cache-modes |
| receiving an instruction to not cache the resource at the first server of the first tier of servers when the portion of the resource is obtained from the content server of the content delivery network; | Google receives instructions to not cache, for example in Media CDN when caches "cross-fill from each other," a cache providing a resource includes at least some popularity information for a receiving cache to be used to decide whether to cache the resource or not in response to an instruction. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 10,924,573 | Google CDN |
|---|---|
| | All layers of caching support request collapsing (or *coalescing*) to further reduce origin load. Based on observed, real-world workloads at scale:<br><br>• > 95% of cache fill uses a dedicated long-tail cache node within the region, in order to reduce cache fill costs and latency.<br><br>• Cache fill between the origin and Google's own edge infrastructure is entirely over Google's global private backbone network, which reduces cache fill latency and improves reliability—both are active benefits for live streaming workloads.<br><br>• Caches cross-fill from each other where advantageous to do so, further driving down cache fill rates.<br><br>• Media CDN has significant storage capacity across caches, which minimizes the eviction rates even for long-tail, less popular content.<br><br>Customers might see different offload rates depending on their cache configuration, user load, workloads (such as live versus on-demand), user distribution, and how much long-tail content (total corpus size) they serve to users across regions.<br><br>https://cloud.google.com/media-cdn/docs/origins#origin-shielding<br><br>**Revalidation, eviction, and expiry**<br><br>Content delivery networks, including Media CDN, operate by caching the most popular content as close to users as possible.<br><br>Media CDN's extensive storage, as well as origin shielding, limits the need to evict even unpopular content. Content that is accessed a small number of times per day might eventually be evicted. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 10,924,573 | *Google CDN* |
|---|---|
| | https://cloud.google.com/media-cdn/docs/caching |
| requesting the resource from a second server of the content delivery network based at least on the popularity designation associated with the requested resource; and | Google requests a resource from a second server of the Google CDN based on a popularity designation. <br><br> **Origin shielding** <br><br> Media CDN provides a deeply tiered edge infrastructure that is designed to actively minimize cache fill wherever possible. <br><br> There are three primary layers of caching infrastructure: <br><br> 1. Deep edge caches, which serve the majority of traffic and off-load within a service providers network. <br> 2. Google's peering edge, which is connected to thousands of ISPs and acts as the mid-tier cache for edge caches, and for cases where those are not present within a given ISP, the user-facing cache. <br> 3. Long-tail caches within Google's network that other downstream caches fill from prior to the origin. These caches support significant fan-in, have substantial cache storage capacity, and act as an origin *shield*. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| *10,924,573* | *Google CDN* |
|---|---|
|  |  |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| *10,924,573* | *Google CDN* |
|---|---|
| | All layers of caching support request collapsing (or *coalescing*) to further reduce origin load. Based on observed, real-world workloads at scale:<br><br>• > 95% of cache fill uses a dedicated long-tail cache node within the region, in order to reduce cache fill costs and latency.<br>• Cache fill between the origin and Google's own edge infrastructure is entirely over Google's global private backbone network, which reduces cache fill latency and improves reliability—both are active benefits for live streaming workloads.<br>• Caches cross-fill from each other where advantageous to do so, further driving down cache fill rates.<br>• Media CDN has significant storage capacity across caches, which minimizes the eviction rates even for long-tail, less popular content.<br><br>Customers might see different offload rates depending on their cache configuration, user load, workloads (such as live versus on-demand), user distribution, and how much long-tail content (total corpus size) they serve to users across regions.<br><br>https://cloud.google.com/media-cdn/docs/origins#origin-shielding |
| providing the obtained resource to the requesting device. | Google provides a resource, for example Google Media CDN provides the resource to a requesting device.<br><br>Media CDN uses YouTube's infrastructure to bring video streams (VoD and live) and large file downloads closer to users for fast and reliable delivery.<br><br>https://cloud.google.com/cdn?hl=en |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| *10,924,573* | *Google CDN* |
|---|---|
| 20. The method as recited in claim 19 wherein the second server of the content delivery network is a content server storing the requested content. | Google includes a second server of the CDN that is a content server storing the requested content.<br><br>**Origin shielding**<br><br>Media CDN provides a deeply tiered edge infrastructure that is designed to actively minimize cache fill wherever possible.<br><br>There are three primary layers of caching infrastructure:<br><br>1. Deep edge caches, which serve the majority of traffic and off-load within a service providers network.<br><br>2. Google's peering edge, which is connected to thousands of ISPs and acts as the mid-tier cache for edge caches, and for cases where those are not present within a given ISP, the user-facing cache.<br><br>3. Long-tail caches within Google's network that other downstream caches fill from prior to the origin. These caches support significant fan-in, have substantial cache storage capacity, and act as an origin *shield*. |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| *10,924,573* | *Google CDN* |
|---|---|
|  |  |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

| 10,924,573 | Google CDN |
|---|---|
|  | All layers of caching support request collapsing (or *coalescing*) to further reduce origin load. Based on observed, real-world workloads at scale:<br><br>- \> 95% of cache fill uses a dedicated long-tail cache node within the region, in order to reduce cache fill costs and latency.<br>- Cache fill between the origin and Google's own edge infrastructure is entirely over Google's global private backbone network, which reduces cache fill latency and improves reliability—both are active benefits for live streaming workloads.<br>- Caches cross-fill from each other where advantageous to do so, further driving down cache fill rates.<br>- Media CDN has significant storage capacity across caches, which minimizes the eviction rates even for long-tail, less popular content.<br><br>Customers might see different offload rates depending on their cache configuration, user load, workloads (such as live versus on-demand), user distribution, and how much long-tail content (total corpus size) they serve to users across regions.<br><br>https://cloud.google.com/media-cdn/docs/origins#origin-shielding |

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*

*PRELIMINARY – This chart is an initial mapping prepared before discovery and prior to any Infringement Contentions.*