# Exhibit A

# JUDGE ANDRÉ BIROTTE JR.
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
*The Court **ORDERS** the parties to make every effort to agree on dates.*

| Case No. 2:24-CV-03951-AB (RAO) | Case Name: Sandpiper CDN LLC v. Google LLC | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
| Check one:  ☒ Jury Trial   or   ☐ Court Trial *[Monday at 8:30 a.m., about 18 months after Complaint filed]* Estimated Duration, in days: | | 08/24/2026<br><br>6 days | 08/24/2026<br><br>6 days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine *[Friday at 11:00 a.m., at least 17 days before trial]* | | 08/07/2026 | 08/07/2026 |
| **Event**[1] *Note*: Hearings must be on Fridays at 10:00 a.m. Other dates can be any day of the week. | **Suggest. Weeks Before FPTC**[2] | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
| Last Date to **Hear** Motions to Amend Pleadings/Add Parties *[Friday]* | 12-16 weeks after Sched. Conf. | 04/25/2025 | 04/25/2025 |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 17 | 12/05/2025 | 12/05/2025 |
| Expert Disclosure (Initial) | | 01/09/2026 | 01/09/2026 |
| Expert Disclosure (Rebuttal) | | 02/13/2026 | 02/13/2026 |
| Expert Discovery Cut-Off | 12[3] | 03/06/2026 | 03/06/2026 |
| Last Date to **Hear** Motions *[Friday]*<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed<br>***For Cross-Motions, see Standing Order.*** | 12 | 05/15/2026 | 05/15/2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | 05/29/2026 | 05/29/2026 |
| ***Alternative Dispute Resolution ("ADR") Procedure (select one)***: (Magistrate Judge *[with Court approval],* Court's Mediation Panel, or Private Mediation) | | ☐ 1. Mag. Judge<br>☐ 2. Panel<br>☒ 3. Private | ☐ 1. Mag. Judge<br>☐ 2. Panel<br>☒ 3. Private |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 minimum | 06/19/2026 | 06/19/2026 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 minimum | 07/03/2026 | 07/03/2026 |

**[REVISED MARCH 15, 2024]**

---

[1] **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.** *This is often appropriate for class actions, patent cases, and ERISA cases.*
[2] **This is the Court's recommended default timeline for certain events. The parties are welcome to propose different intervals as needed for their case.**
[3] **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**